Debra Steel Sturmer, Esq. (CSB #105276)
Sara P. Douglass, Esq. (CSB #324400)
LERCH STURMER LLP
One Sansome Street, Suite 740
San Francisco, California 94104
Telephone: (415) 217-6342
Sturmer Cell: (415) 518-7358
dsturmer@lerchsturmer.com
sdouglass@lerchsturmer.com

Attorneys for Plaintiff, BOARD OF TRUSTEES OF
THE CALIFORNIA STATE UNIVERSITY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 25-1754-GW-MARx<br>Assigned to District Judge George H. Wu and Magistrate Judge Margo A. Rocconi<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

### ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Conference is continued from April 7, 2025, 2025 at 8:30 a.m. to June 5, 2025 at 8:30 a.m. in Courtroom 9D, 9th Floor, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012. The parties shall submit their Joint 26(f) report no later than June 2, 2025.

DATED: March 28, 2025

_____
HON. GEORGE H. WU,
United States District Judge

1