Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Megan Wendell, State Bar No. 238423
mwendell@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile: (510) 900-9381

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

Jerome N. Lerch, State Bar No. 48194
jlerch@lerchsturmer.com
LERCH STURMER LLP
One Sansome Street, Suite 740
San Francisco, California 94104
Telephone: (415) 217-6341

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a California public entity,

Plaintiff,

v.

LEXINGTON INSURANCE COMPANY, a Delaware Corporation,

Defendants.

Case No.: 2:25-CV-01754-GW-MAR

**SUPPLEMENTAL RULE 26(f) JOINT STATUS CONFERENCE STATEMENT**

Hearing Date: June 16, 2025
Complaint Filed: January 21, 2025

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(f), the Case Management Order issued by this Court on March 8, 2025 and the Court's June 5, 2025, Order following the Scheduling Conference of that date, Plaintiff BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a California public entity, and Defendant LEXINGTON INSURANCE COMPANY hereby submit the following supplemental report.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

Following the June 5, 2025, Scheduling Conference and the Court's Order thereafter, the parties participated in two teleconferences on June 6 and June 9, 2025, to meet and confer on the issues addressed in this report and to create a proposed litigation plan. The parties jointly submit this report, which does not repeat portions of the original Rule 26(f) report filed on June 2, 2025. [ECF 16.]

**Bifurcation**

As discussed during the June 5, 2025, Scheduling Conference, the parties agree to stay the litigation on all issues other than coverage issues. The parties agree that after conducting discovery limited to the coverage issues in dispute ("Phase 1"), Defendant, and possibly Plaintiff, will file a motion for summary judgment or a motion for partial summary judgment on coverage. Discovery, litigation and adjudication of issues outside of coverage will be conducted in Phase 2 and stayed until after the Court rules on the coverage issue that will be submitted by one or both parties on or before February 13, 2026. Notwithstanding the stay, Plaintiff intends to submit to Defendant further information concerning its claimed damages and losses and the parties are permitted to negotiate further based upon the documents and new information that will be provided to Defendant.

**Discovery**

The parties agree on the following tentative discovery schedule for "Phase 1" of the case. At this time, Plaintiff is re-evaluating its claim. No later than July 15, 2025, Plaintiff will advise Defendant regarding the full extent of the claim, including identifying its damages. By July 15, 2025, Plaintiff will also provide responses to Defendant's Requests for Production, served June 2, 2025.

**Further Proceedings and Timetable:**

The parties propose the following dates. Depending on what information is disclosed by Plaintiff on July 15, 2025, the below schedule may require changes. In that event, the parties will report back to the Court. Based upon the schedule below, the parties defer to the Court consistent with its calendar on setting the hearing date for the motion for summary judgment.

///

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

| | |
|---|---|
| Fact Discovery Cut-Off: | November 14, 2025 |
| Expert Disclosures: | November 14, 2025 |
| Rebuttal Expert Disclosures: | December 5, 2025 |
| Expert Discovery Cut-Off: | January 16, 2026 |
| PMSJ Filing Deadline: | February 13, 2026 |
| PMSJ Opposition Deadline: | March 16, 2026 |
| PMSJ Reply Deadline: | March 30, 2026 |
| PMSJ Hearing Date: | ____________________ |

**Settlement/ADR**

After the Court rules on the summary judgment motion, assuming a dispute continues to exist among the parties, the parties will make their best efforts to have mediation hopefully completed by May 29, 2026.

Dated: MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/ per authorization given by M. Wendell on 6/10/25
Jonathan Gross
Megan Wendell
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

Dated: LERCH STURMER LLP

By: Jerome N. Lerch
Jerome N. Lerch
Attorneys for Plaintiff, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

**DECLARATION OF SERVICE**

I am a citizen of the United States, I am over the age of eighteen years and not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is One Sansome Street, Suite 740, San Francisco, California 94104. My electronic service address is rvernola@lerchsturmer.com. On this date, I served the following document(s):

**SUPPLEMENTAL RULE 26(f) JOINT STATUS CONFERENCE STATEMENT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelope(s) addressed as shown below by the following means of service:

____: By First Class Mail -- I placed the sealed envelope(s), with first class postage thereon, for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

___: By Overnight Courier -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee(s) on the next business day.

√ : By E-mail -- I electronically served each party at the email addresses shown on this declaration.

Jonathan Gross, Esq.
Megan Wendell, Esq.
MOUND, COTTON, WOLLAN & GREENGRASS LLP
2200 Powell St., Ste. 1050
Emeryville, CA 94608
Tel: 510-616-9371
Email: jgross@moundcotton.com
mwendell@moundcotton.com
Kelly McAndrews: KMcandrews@moundcotton.com
Attorneys for Lexington Ins. Company

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 10, 2025 at Pleasant Hill, California.

Rosemarie Vernola
(type/print name)

Rosemarie Vernola
(signature)