JS-6

Jerome N. Lerch, Esq. (CSB #48194)
LERCH STURMER LLP
100 Clock Tower Place, Ste. 215
Carmel, California 93923
Telephone: 415-217-6341
Email: jlerch@lerchsturmer.com
Attorneys for Plaintiff, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY

Jonathan Gross, Esq.
Stephanie Tippit, Esq.
MOUND, COTTON, WOLLAN & GREENGRASS LLP
2200 Powell St., Ste. 1050
Emeryville, CA 94608
Telephone: 510-616-9371
Email: jgross@moundcotton.com
stippit@moundcotton.com
Attorneys for Defendant LEXINGTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, a public entity,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 25-1754-GW-MARx<br>Assigned to District Judge George H. Wu and Magistrate Judge Margo A. Rocconi<br><br>State Court Complaint Filed: 1/21/25<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice filed by BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and LEXINGTON INSURANCE COMPANY in this matter, the above-captioned matter is hereby dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: November 20, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge

# DECLARATION OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years and not a party to the within cause; I am employed in the City of Carmel, County of Monterey, California and my business address is 100 Clock Tower Place, Ste. 215, Carmel, CA 93923. My electronic service address is rvernola@lerchsturmer.com. On this date, I served the following document(s):

**ORDER FOR DISMISSAL WITH PREJUDICE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelope(s) addressed as shown below by the following means of service:

_____: By First Class Mail -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in Carmel Valley, California.

√_____: By E-mail -- I electronically served each party at the email addresses shown on this declaration.

Jonathan Gross, Esq.
Stephanie Tippit, Esq.
MOUND, COTTON, WOLLAN &
GREENGRASS LLP
2200 Powell St., Ste. 1050
Emeryville, CA 94608
Tel: 510-616-9371
Email: jgross@moundcotton.com
stippit@moundcotton.com
Kelly McAndrews:
KMcandrews@moundcotton.com
Attorneys for Lexington Ins. Company

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on November 19, 2026 at Pleasant Hill, California.

Rosemarie Vernola
(type/print name)

_______________________
(signature)